## Berryhill *against* Dowding.

A creditor who did not appeal, will not be allowed to file exceptions in the supreme court.

APPEAL from the decree of the orphans' court of *Dauphin* county, confirming the report of auditors appointed to distribute the proceeds of the real estate of Christopher C. Baldwin, deceased, sold by order of the orphans' court.

*Harris* moved for leave to file exceptions on the part of a cre- ditor who had not appealed.

*H. Alricks, contra.*

The Court said that he who is satisfied with a decree below, shall not be dissatisfied with it here; and that this had been repeat- edly declared on similar occasions.

*Harris* took nothing by the motion.